John R. Goodell (ISB#: 2872)
RACINE, OLSON, NYE,
BUDGE & BAILEY, CHARTERED
P.O. Box 1391
Pocatello, Idaho 83204-1391
Telephone: (208)232-6101
Fax: (208)232-6109
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| TREVOR SCOTT ROUNDS, | Case No. 4:2013-CV-207 |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| IDAHO PEACE OFFICERS STANDARDS AND TRAINING COUNCIL, WILLIAM L. FLINK, AND JOHN DOES I-VII, | |
| Defendants | |

COMES NOW the parties, by and through their undersigned counsel of record, and hereby stipulate and agree that the above-entitled action be DISMISSED WITH PREJUDICE, each party to bear their own costs and attorney fees, for the reason that the same has been fully compromised and settled.

A proposed Order For Dismissal With Prejudice in a form approved by counsel is submitted herewith for entry by the Court if approved.

STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 1

DATED this 30th day of August, 2013.

                               RACINE, OLSON, NYE, BUDGE &
                                  BAILEY, CHARTERED

                     By: _____
                           JOHN R. GOODELL
                           Special Deputy Attorney General
                           Attorneys for Defendants

DATED this 29th day of August, 2013.

LAW OFFICE OF RANDOLPH B. NEAL, ESQ.

By: _____
RANDOLPH B. NEAL
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of August, 2013, I served a copy of the foregoing on CM/ECF Registered Participants as reflected below:

Randolph B. Neal, Esq.
Neal.Law@att.net

*/s/ John R. Goodell*
JOHN R. GOODELL